IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 1:18-cr-209 |
| | ) |
| REYNALDO B. REGIS, | ) |
| | ) |
| Defendant. | ) |

FILED
IN OPEN COURT

MAY 11 2018

CLERK, U.S. DISTRICT
ALEXANDRIA, VA

## CRIMINAL INFORMATION

### COUNT ONE
(Unauthorized Removal and Retention of Classified Material)

THE UNITED STATES ATTORNEY CHARGES THAT:

Between in or about August 2006 and November 3, 2016, in the Eastern District of Virginia, the defendant, REYNALDO B. REGIS, being employed as a private contractor assigned to work at a federal government agency, and by virtue of his employment, became possessed of documents and materials containing classified information of the United States, did unlawfully and knowingly remove such documents and materials without authority and with the intent to retain such documents and materials at unauthorized locations, aware that these locations were unauthorized for the storage and retention of such classified documents and materials.

(In violation of Title 18, United States Code, Section 1924)

## COUNT TWO
### (False Statement)

On or about November 3, 2016, in the Eastern District of Virginia, the defendant, REYNALDO B. REGIS, did willfully and knowingly make and cause to be made a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States; that is, in an interview with agents of the Federal Bureau of Investigation, the defendant stated that he did not record classified information in a personal notebook and remove it from his workspace when, in fact, he knew that such statement was materially false.

(In violation of Title 18, United States Code, Section 1001(a)(2))

Tracy Doherty-McCormick
Acting United States Attorney

By: _____
Danya E. Atiyeh
Assistant United States Attorney

Scott Andrew Claffee
Trial Attorney
U.S. Department of Justice
National Security Division