IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:18-cr-209 |
| | ) | |
| REYNALDO B. REGIS, | ) | |
| | ) | |
| Defendant. | ) | |

GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE SENTENCING

The United States, by and through its undersigned counsel, respectfully moves this Court to continue the sentencing hearing in the above-captioned matter, currently set for September 23, 2018, to Friday, November 2, 2018, at 9:00 am.  The defendant does not object to this motion.

The defendant has been participating in debriefing sessions with the government regarding the conduct at issue in this case.  The government believes it would be beneficial to the parties and to the court to postpone sentencing until the defendant's ongoing cooperation is complete, which they anticipate will be in the next few weeks.

/

/

/

As described above, the defendant does not object to the proposed continuance.

Therefore, the United States respectfully asks that the sentencing date in the above-captioned

matter be continued to Friday, November 2, 2018, at 9:00 am.


G. Zachary Terwilliger
United States Attorney


By: _____/s/_____
Danya E. Atiyeh
Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700
(703) 299-3982 (fax)
danya.e.atiyeh@usdoj.gov

2

## CERTIFICATE OF SERVICE

I certify that on September 7, 2018, I filed the foregoing using the ECF system, which will send a copy to defense counsel of record.

       /s/       
Danya E. Atiyeh
Virginia Bar No. 81821
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Ave.
Alexandria, VA 22314
(703) 299-3700
(703) 299-3982 (fax)
danya.atiyeh@usdoj.gov
