# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) |
| | )  **Case No. 1:18-CR-209 (LO)** |
| **REYNALDO REGIS,** | ) |
| | ) |
| **Defendant** | ) |
| | ) |

## UNOPPOSED MOTION TO DELAY SELF-SURRENDER

COMES NOW the defendant, Reynaldo Regis, by and through counsel, without objection by the government, and moves to continue the Defendant's self-surrender date so that he may spend the holidays with his family before surrendering to serve his sentence. Mr. Regis was recently given a self-surrender date of December 6, 2018, which would take him away from his family during the Christmas holidays. He would therefore respectfully request that the Court delay his self-surrender by one month so that he may spend the Christmas holidays with his family. The government does not oppose this request, and an agreed order is attached.

Respectfully submitted,

REYNALDO REGIS
By Counsel

_____/s/_____
Cary Citronberg
John Zwerling
ZWERLING/CITRONBERG, P.L.L.C.
114 North Alfred Street
Alexandria, VA 22314
703-684-8000 (office)
703-684-9700 (fax)
cary@zwerling.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of November, 2018, I electronically filed a true copy of the foregoing motion by ECF, which shall deliver notice to all parties.

/s/
Cary Citronberg
John Zwerling
ZWERLING/CITRONBERG, P.L.LC.
114 North Alfred Street
Alexandria, VA 22314
703-684-8000 (office)
703-684-9700 (fax)
cary@zwerling.com